UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON,

    Plaintiff,                                     Case No. 12-14866

v.

                                                Hon. John Corbett O'Meara

JOHN TYLUKI, *et al.*,

    Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge Laurie J. Michelson's July 18, 2013 report and recommendation. Plaintiff filed objections to the report and recommendation on August 1, 2013.

      This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." Id.

      Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Michelson reached the correct conclusions. Accordingly, the court will overrule Plaintiff's objections.

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

      IT IS FURTHER ORDERED that Defendant Dyer's motion for summary judgment (docket no. 12) is DENIED, Defendant Tyluki's motion for summary judgment (docket no. 18)

is DENIED, and Plaintiff's motions for judgment on the pleadings and/or summary judgment (docket nos. 16, 21) are DENIED.

s/John Corbett O'Meara<br>United States District Judge

Date:  August 30, 2013

    I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 30, 2013, using the ECF system and/or ordinary mail.

s/William Barkholz<br>Case Manager