UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON, #275291,

        CIVIL ACTION NO. 12-14866

    Plaintiff,

        DISTRICT JUDGE JOHN CORBETT O'MEARA

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

JOHN TYLUKI, et al.,

    Defendants.
_____/

**ORDER**

    Before the Court is Plaintiff Jeffrey Aaron's Motion to Appoint Court Reporter to be Present to take Depositions of Defendants John Tyluki and Dean Dyer [Doc. #51]. Plaintiff is a prison inmate who is proceeding *pro se* and *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a)(1).

    Under § 1915(a)(1), the Court may waive certain fees associated with litigation, but the statute does not authorize the Court to provide discovery costs or to require defendants to pay plaintiff's discovery costs. Such costs of litigation are to be borne by an indigent party. *See Vartinelli v. Caruso,* 2008 WL 4056316, *2 (E.D.Mich. 2008), citing *Johnson v. Hubbard,* 698 F.2d 286, 289 (6th Cir.1983) (holding that there is no constitutional or statutory requirement to waive an indigent prisoner plaintiff's costs of discovery); *Smith v. Yarrow,* 78 Fed.Appx. 529, 544 (6th Cir.2003).

Accordingly, Plaintiff's motion [Doc. #51] is DENIED.

IT IS SO ORDERED.

                                          s/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated: April 7, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on April 7, 2015, electronically and/or by U.S. mail.

                                          s/Carolyn M. Ciesla
                                          Case Manager