UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON, #275291,

        CIVIL ACTION NO. 12-14866

    Plaintiff,

        DISTRICT JUDGE JOHN CORBETT O'MEARA

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

JOHN TYLUKI, et al.,

    Defendants.

_____/

**ORDER DENYING APPOINTMENT OF COUNSEL**

On October 4, 2013, the Court conditionally granted Plaintiff's motion for appointment of counsel, conditioned on being able to enlist an attorney to undertake representation of Plaintiff on a *pro bono* basis. *See* Dkt. #30. Unfortunately, after more than a year and a half, the Court has had no success in obtaining counsel. Because the condition on which appointment of counsel was based has not been met,

IT IS HEREBY ORDERED that the order conditionally granting the appointment of counsel [Dkt. #30] is VACATED.

IT IS FURTHER ORDERED that the motion to appoint counsel [Dkt. #27] is DENIED.

IT IS FURTHER ORDERED that Plaintiff will proceed *pro se*, under the scheduling order entered on April 17, 2015 [Dkt. #55].

s/ R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2015

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 21, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager to the
Honorable R. Steven Whalen