UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY AARON,

    Plaintiff,

                                      Case No. 12-14866

v.

                                      Hon. John Corbett O'Meara

JOHN TYLUKI, *et al.*,           Magistrate Judge R. Steven Whalen

    Defendants.

_____/

## ORDER REGARDING CONSENT
## FOR MAGISTRATE JUDGE

In the interest of the prompt and efficient adjudication of this case, it is ordered that the parties discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to have a Magistrate Judge conduct all further proceedings.

If both parties consent to proceed before the Magistrate Judge, counsel for Defendants must, within two weeks of the date of this order, file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is attached to this order (and is also available in fillable format at https://www.mied.uscourts.gov/PDFFiles/Notice_Consent_Ref_MJ_RE.pdf).

If the form is submitted, the court will enter a reference order and all proceedings will be conducted before the Magistrate Judge. Any appeal of the Magistrate Judge's decision would be taken directly to the United States Court of

Appeals for the Sixth Circuit.

If either party does not consent, Defendants must file a notice advising the court that the parties do not consent within two weeks of the date of this order. Do not disclose the identity of the party or parties who do not consent. The parties may withhold consent without negative consequences.

**SO ORDERED.**

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: March 3, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 3, 2016, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager